**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



J. Vincent Aug, Jr.
United States Bankruptcy Judge

**Dated: September 03, 2009**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                                    CASE NO. 07-15983

SABREEN ROBINSON

                                                          CHAPTER 13

        DEBTORS

                                                          JUDGE  AUG

**PROPERTY ADDRESS:**
**1465 Foxwood Drive**
**Cincinnati, OH 45231**                                  **AGREED ORDER**
                                                          **ON MOTION FOR RELIEF**
                                                          **FROM STAY**

_____

        This cause came on before the Court upon the Motion for Relief from Automatic Stay

filed by Movant, U.S. Bank, N.A., successor by merger to The Leader Mortgage Company,

holder of the first mortgage against the real estate.

The Court finds that the parties have agreed that:

l.    The Chapter 13 Plan filed herein on behalf of the Debtor provided that said Debtor was to make the regular monthly mortgage payments to U.S. Bank, N.A. outside the Plan in a regular monthly fashion.

2.    In breach of the terms of said Plan, the Debtor failed to make the regular monthly mortgage payments to U.S. Bank, N.A. said payments currently in default for the months of May, June, July and August, 2009 incurring a total post-petition arrearage of $4,159.46  as of August 31, 2009   which amount consists of May, June, July and August, 2009 post-petition payments at $928.03 together with late charges at $37.12 each, minus $401.14 held in suspense, together with $700.00 in  attorney fees and court costs.

3.    In order to eliminate said post-petition delinquency, the debtor hereby agrees to pay U.S. Bank, N.A.  hereby agrees to accept, the following  lump sum payments:

a.   $693.24 on or before September 30, 2009

b.    $693.24 on  or before October, 2009

c.   $693.24 on or before November, 2009

d.   $693.24 on or before December, 2009

e.   $693.24 on or before January, 2010

f.   $693.24 on or before February, 2010

Said lump sum payments are in addition to the regular monthly mortgage payments in the amount of  $928.03 due and owing beginning September 1, 2009.

4.    The Debtor states that the funds to make said lump sum payments are being obtained from monthly income and funds from payments held due to these proceedings.

5. The Debtor further agrees to resume the regular monthly mortgage payments outside the Plan directly to U.S. Bank, N.A. and to make all further monthly payments in a timely fashion.

6. In the event that the said Debtor should fail to make the lump sum payment hereinabove described on or before their specified due dates, or should fail to pay any future monthly payment so that the mortgage payments is not received by U.S. Bank, N. A. on the last day of the month in which it is due, then or in any one of those events, U. S. Bank, N.A.. Movant shall send to Debtor and counsel for Debtor a 10 day Notice of Default of Movant's intent to file with the Court an Affidavit certifying that the Debtor is in default under the terms of the Agreed Order and upon submission of such Affidavit, the Court shall enter an Order, without a hearing, providing that U.S. Bank, N.A. is granted relief from the stay.

**IT IS SO ORDERED.**

**SUBMITTED BY:**

LAURITO &. LAURITO, L.L.C.
/s/ Erin M. Laurito
_____
Jeffrey V. Laurito (0014652)
Erin M. Laurito (0075531)
Attorneys for Movant
35 Commercial Way
Springboro, OH 45066
937-743-4878
FAX: 937-743-4877

/s/ Shawn R. Ryan

_____

Shawn R. Ryan
11 West Sixth Street
Covington, Kentucky  41011
859 581-5516
FAX:  859- 581-5536
Plummer50@fuse.net

Attorney for Debtor

/s/ Francis J. DiCesare, Staff Attorney

_____

Margaret A. Burks, Trustee
600 Vine Street, Suite 900
Cincinnati, OH 45202
513-621-4488
FAX:  513-621-2643

PARTIES TO BE SERVED:
Sabreen A. Robinson, Debtor
1465 Foxwood Drive
Cincinnati, OH 45231
(served via, US Mail)

Shawn Robert Ryan
Attorney for Debtor
Michael E. Plummer & Associates
11 West 6th Street
Covington, KY 41011
(served via, Electronic noticing)

Margaret A. Burks, Trustee
600 Vine Street – Suite 220
Cincinnati, OH 45202
(served via, electronic noticing)

Office of the U. S. Trustee
36 East Seventh Street
Suite 2050
Cincinnati, OH 45202
(served via, electronic noticing)

Erin M. Laurito
Attorney for Movant
35 Commercial Way
Springboro, OH 45066
(served via, electronic noticing)

###